IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02617-RPM

JOHN LAVRINC,

    Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

    Defendant.

___

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.4

___

It appearing from the files and records that defendant has not filed a disclosure statement, it is

ORDERED, that counsel for the defendant shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

Dated: October 19th, 2011

                      BY THE COURT:

                      s/Richard P. Matsch

                      Richard P. Matsch, Senior District Judge