IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02617-RPM

JOHN LAVRINC,

      Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

      Defendant.

_____

ORDER TO COMPLY WITH D.C. COLO.LCivR 7.2
_____

      The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

      ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be restricted based on the Protective Order.

      Dated: February 13th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

.                         Richard P. Matsch, Senior District Judge