IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-CV-02617-RPM

JOHN LAVRINC

      Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA

      Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, John Lavrinc, and the Defendant, Encompass Insurance Company of America ("Encompass"), for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff, John Lavrinc, against Defendant, Encompass, in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED: May 1st, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            Richard P. Matsch, Senior District Judge